UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    V.<br><br>LARS BAIR,<br><br>    Defendant. | No. CR 16 - 00114 - RS<br><br>[~~PROPOSED~~] ORDER EXCLUDING SPEEDY TRIAL TIME |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED based on the Stipulated Request of defendant LARS BAIR and The United States that the time between July 26, 2016 and August 16, 2016 is excluded from the speedy trial clock in the interests of justice in order to enable effective representation and continuity of defense counsel.

Dated: June __21__, 2016

_____
THE HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT JUDGE