UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　V.<br><br>LARS BAIR,<br><br>　　　　Defendant. | No.  CR 16 - 00114 - RS<br><br>[PROPOSED] ORDER EXCLUDING SPEEDY TRIAL TIME |

　　　　GOOD CAUSE APPEARING IT IS HEREBY ORDERED based on the Stipulated Request of Defendant LARS BAIR that the current August 16, 2016 Status Hearing date is vacated and rescheduled to October 11, 2016 at 2:30 p.m.  It is also ordered that  the time between August 16, 2016 and October 16, 2016 is excluded from the speedy trial clock in the interests of justice in order to enable effective representation and continuity of defense counsel.

Dated: July __26____, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE  RICHARD G. SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE