UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 25, 2016   **Time:** 15 minutes   **Judge:** RICHARD SEEBORG

**Case No.**: 16-cr-00114-RS-1   **Case Name:** USA v. Lars Bair

**Attorney for Government:** Robin Harris
**Attorney for Defendant:** Harris Taback
**Defendant: [X] Present** [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  **[X] Not in Custody**

**Deputy Clerk:** Corinne Lew
**Interpreter:** n/a

**Court Reporter:** Kelly Shainline
**Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Hearing Held.

## SUMMARY

The defendant is sworn.  Plea Agreement was executed in open court.  The defendant plead guilty to Counts One through Seven of the Indictment.  The matter referred to the probation office for a PSR and continued to **2/21/17 at 2:30 p.m.** for Sentencing.