1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   ROBIN L. HARRIS (CABN 123364)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7016
7       Fax: (415) 436-7234
        Robin.Harris@usdoj.gov

8
    Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

    UNITED STATES OF AMERICA,            )   NO. CR 16-00114 RS
14                                       )
            Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
15                                       )
         v.                              )
16                                       )
                                         )
    LARS RANDOLPH BAIR,                  )
17                                       )
            Defendant.                   )
18   _____)

19       It is hereby stipulated by and between counsel for the United States and counsel for the

20   defendant, that the parties may file their respective sentencing memoranda by 5:00 p.m. on February 15,

21   2017. The sentencing memoranda are currently due by midnight on February 14, 2017. Sentencing is

22   currently set for February 21, 2017. The reason for the parties' joint request for a one-day extension of

23   //

24   //

25   //

26   //

27   //

28   //

    STIPULATION AND [PROPOSED] ORDER
    CR 16-00114 RS

1    time is the unavailability of government counsel on February 13 and 14, 2017.

2    SO STIPULATED.

3

4    Dated:  February 8, 2017

5                                                                    _____/s/_____
                                                                     HARRIS TABACK
6                                                                    Defendant Lars Randolph Bair

7
     Dated:  February 8, 2017                              BRIAN J. STRETCH
8                                                                    United States Attorney

9
                                                                     _____/s/_____
10                                                                   ROBIN L. HARRIS
                                                                     Assistant United States Attorney
11

12                                    [PROPOSED] ORDER

13          The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED

14   that the parties' sentencing memoranda in the above captioned matter shall be due by 5:00 p.m. on

15   February 15, 2017.

16   IT IS SO ORDERED.

17

18   Dated:  2/9/17

19                                                                   HON. RICHARD SEEBORG
                                                                     United States District Judge
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 16-00114 RS